IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRAKEBUSH BROTHERS, INC.,

    Plaintiff,

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Subrogated Plaintiff,

v.

K & J TRANSPORTING,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-177-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of subrogated plaintiff Travelers Property Casualty Company of America against defendant K & J Transporting in the amount of $40,000.00, without further costs.

       s/ A. Wiseman, Deputy Clerk                  March 6, 2015
       Peter Oppeneer, Clerk of Court                       Date